# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1729

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Eastern District of Arkansas. |
| | * | |
| DeAngelo Singletary, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: August 5, 2010
Filed: August 6, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

DeAngelo Singletary appeals following the district court's[1] order revoking his supervised release and imposing a revocation sentence of 11 months in prison. Upon careful review, we conclude that the district court did not abuse its discretion in revoking supervised release, *see United States v. Edwards*, 400 F.3d 591, 592 (8th Cir. 2005) (per curiam); and we also conclude that the revocation sentence is not unreasonable, *see* 18 U.S.C. § 3583(e)(3), because the court properly considered relevant sentencing factors, *see* 18 U.S.C. § 3553(a)(1) (considerations include history

_____

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

and characteristics of defendant), (a)(2)(D) (need to provide treatment in most effective manner), (a)(4)(B) (applicable Guidelines policy statements); *see also United States v. Perkins*, 526 F.3d 1107, 1110 (8th Cir. 2008) (specific findings on § 3553(a) factors are not needed; all generally required is evidence that district court was aware of relevant factors).

Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____